NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000714
09-NOV-2016
04:07 PM

NO. CAAP-15-0000714

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

US BANK NATIONAL ASSOCIATION, as Trustee for the Structured Asset
Securities Corporation Mortgage Loan Trust, 2006-NC1,
Plaintiff/Counterclaim-Defendant/Appellant/
Cross-Appellee/Appellee/Cross-Appellant,
v.
DANEFORD MICHAEL WRIGHT, ELLAREEN UILANI WRIGHT,
Defendants/Cross-Claim Defendants/Appellees/
Cross-Appellants/Appellants/Cross-Appellees,
and
COUNTY OF MAUI,
WAILUKU COUNTRY ESTATES COMMUNITY ASSOCIATION, INC.,
Defendants/Cross-Claim Defendants/Appellees/Cross-Appellees
and
FINANCE FACTORS, LIMITED,
Defendant/Counterclaim-Plaintiff/Cross-Claim
Plaintiff/Appellee/Cross-Appellee
and
JOHN DOES 1-10, JANE DOES 1-10,
DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10,
DOE ENTITIES 1-10, DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 09-1-0961(2))

ORDER DENYING THE OCTOBER 21, 2016
MOTION FOR RECONSIDERATION
(By: Nakamura, C.J, Fujise and Reifurth, JJ.)

Upon consideration of the "Motion for Reconsideration
of October 11, 2016 Order Granting in Part the August 29, 2016
Motion to Dismiss Pursuant to HRAP Rule 30, and for Leave to File
Opening Brief and Answering Brief Forthwith; Order" (Motion for

Reconsideration), filed on October 21, 2016 by Defendants-Appellants-Cross Appellees Daneford Michael Wright and Ellareen Uilani Wright (Wrights), the response to the Motion for Reconsideration filed on November 3, 2016 by US Bank National Association as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 (US Bank), the errata to US Bank's response to the Motion for Reconsideration filed by US Bank on November 7, 2016, and the record and files herein, it appears that on October 11, 2016, this court ordered that the appeal by the Wrights be dismissed and that US Bank's cross appeal be placed on the ready calendar and "[n]o Answering Brief in the cross appeal shall be filed by the Wrights" due to the failure of the Wrights to timely file an Opening Brief in their appeal and an Answering Brief in the cross appeal. In the Motion for Reconsideration, the Wrights did not demonstrate good cause to excuse the Wrights' failure to timely file an Opening Brief on appeal and an Answering Brief on cross appeal. The Wrights also filed an Answering Brief on October 24, 2016, in violation of this court's order that no answering brief be filed in the cross appeal.

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, November 9, 2016.

Craig H. Nakamura
Chief Judge

Associate Judge

Lawrence M. Reifurth
Associate Judge

-2-